JS/JAC: USAO 2009R00616

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. PJM 09 CR 0505 |
| | * |
| MARK SCHOEBERL, | * (Acts Affecting a Personal Financial |
| | * Interest, 18 U.S.C. § 208) |
| Defendant | * |
| | * |
| | * |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

In or about June 2009, in the District of Maryland and elsewhere, the defendant,

**MARK SCHOEBERL,**

did knowingly and willfully participate personally and substantially as a Government employee through decision, approval, disapproval, recommendation, the rendering of advice, investigation, or otherwise, in a matter in which, to his knowledge, his spouse had a financial interest.

18 U.S.C. § 208(a)
18 U.S.C. § 216(a)(2)

_____
Rod J. Rosenstein
United States Attorney

Date:   September 18, 2009